S. LANE TUCKER
United States Attorney

JENNIFER IVERS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: jennifer.ivers@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CORNELIUS LEON WILLIAM SMITH,<br><br>Defendant. | No. 3:23-cr-00017-SLG-KFR |

**UNOPPOSED MOTION TO EXTEND EXPERT NOTICE DEADLINES**

The United States respectfully files this unopposed Motion to Extend Expert Notice Deadlines. Under this Court's Trial Scheduling Order at Docket 46, the government's Rule 16 expert notices are due today, August 5, 2024. The United States needs additional time to prepare complete, signed notices consistent with Rule 16. Accordingly, the United States requests an extended deadline of August 19, 2024. The United States further requests a two-week extension of the defense expert deadline from September 3 to September 16, 2024. The proposed extensions would still allow the parties sufficient time to prepare for

trial at the end of October.

Counsel for defendant Cornelius Smith does not oppose this motion.

RESPECTFULLY SUBMITTED August 5, 2024 at Anchorage, Alaska.

                                        S. LANE TUCKER
                                      United States Attorney

/s Jennifer Ivers
JENNIFER IVERS
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2024 a true and correct copy of the foregoing was served electronically on all counsel of record.

/s Jennifer Ivers

U.S. v. Smith
3:23-cr-00017-SLG-KFR