S. LANE TUCKER
United States Attorney

JENNIFER IVERS
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: jennifer.ivers@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>CORNELIUS LEON WILLIAM SMITH,<br><br>Defendant. | No. 3:23-cr-00017-SLG-KFR |

**UNOPPOSED MOTION FOR EXPEDITED CONSIDERATION OF GOVERNMENT'S MOTION TO EXTEND EXPERT NOTICE DEADLINES**

The United States respectfully moves this Court for expedited consideration of its Motion to Extend Expert Notice Deadlines in this case. The government has filed that motion concurrently herewith, and respectfully asks that the Court review the motion at its earliest opportunity. Expedited consideration is necessary because the government's expert notices are due today, August 5, 2024. Defense counsel does not oppose this motion.

RESPECTFULLY SUBMITTED August 5, 2024 at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

s/ Jennifer Ivers
JENNIFER IVERS
Assistant United States Attorney
United States of America

**CERTIFICATE OF SERVICE**

I hereby certify that on August 5, 2024 a true and correct copy of the foregoing was served electronically on all counsel of record.

s/ Jennifer Ivers

U.S. v. Smith
3:23-cr-00017-SLG-KFR