S. LANE TUCKER
United States Attorney

JENNIFER IVERS
AINSLEY MCNERNEY
Assistant U.S. Attorneys
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Fax: (907) 271-1500
Email: jennifer.ivers@usdoj.gov
ainsley.mcnerney@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | |
| vs. | No. 3:23-cr-00017-SLG-KFR |
| CORNELIUS LEON WILLIAM SMITH, | |
| Defendant. | |

## NOTICE OF EXPERT WITNESS UNDER FEDERAL RULE 16(a)(1)(G)

The United States, pursuant to Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure, hereby provides to defendant the following notice relating to expert testimony the United States may offer in the trial of this case.

*Expert Qualifications*

Rule 702 of the Federal Rules of Evidence provides that a witness who is qualified as an expert by knowledge, skill, experience, training, or education may testify in the form

of an opinion or otherwise if: (a) the expert's scientific, technical, or other specialized knowledge will help the trier of fact to understand the evidence or to determine a fact in issue; (b) the testimony is based on sufficient facts or data; (c) the testimony is the product of reliable principles and methods; and (d) the expert has reliably applied the principles and methods to the facts of the case. The Committee Note to the rule provides that "if the witness is relying solely or primarily on experience, then the witness must explain how that experience leads to the conclusion reached, why that experience is a sufficient basis for the opinion, and how that experience is reliably applied to the facts [of the case]." The United States provides the following proffer to fulfill the above requirements and the requirement of Rule 16(a)(1)(G) of the Federal Rules of Criminal Procedure and describes the witness's opinions, the basis and reasons for those opinions, and the witness's qualifications and previous testimonies.

### *Expert Witnesses*

The United States anticipates calling Ryan Franzen, a Sacramento Police Department Detective and Task Force Officer (TFO) with the Bureau of Alcohol, Tobacco, Firearms, and Explosives (ATF), as an expert witness at trial.

The United States anticipates that TFO Franzen will testify regarding his specialized training and knowledge of California gun regulations and the trafficking of firearms into the state of California. TFO Franzen has not written a report, but generally, he will be asked to explain his training and background; the basis of his knowledge; the methods he has used; and his conclusions and observations.

U.S. v. Smith
3:23-cr-00017-SLG-KFR

Page 2 of 6
Case 3:23-cr-00017-SLG-KFR   Document 53   Filed 08/19/24   Page 2 of 6

**Ryan Franzen** – Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives
Sacramento, CA
Curriculum Vitae attached as Exhibit 1

TFO Franzen has been a sworn police officer with the Sacramento Police department since 2019 and was a sworn Deputy Sheriff with the Amador County Sheriff's Department from 2014 to 2019. He is currently assigned the Sacramento Police Department's Office of Investigations as a Task Force Officer with the Bureau of Alcohol, Tobacco, Firearms and Explosives, and has been since January 2023. Among other trainings, he attended a 40-hour ATF course on firearms trafficking and an 8-hour course on California specific firearms regulations hosted by the California Department of Justice. His experience includes authoring search warrants related to possession and/or illegal sales of firearms, conducting undercover investigations into illegal firearms trafficking in California, test-firing and inspecting illegally modified or illegally configured firearms seized by law enforcement, and arresting and interviewing subjects for illegal possession or sales of firearms. He has instructed other law enforcement personnel relating to illegal firearms trafficking, manufacturing, and possession.

In the last four years, TFO Franzen has testified as in expert in firearms in the following cases: California Superior Court, County of Sacramento 22FE017072, October 2023. TFO Franzen has authored no publications in the last 10 years.

TFO Franzen will testify that California is an import state pertaining to the illegal trafficking of firearms. TFO Franzen will testify regarding California Penal Code 32000 and the California Codes and Regulations pertaining to California's Handguns Certified

U.S. v. Smith
3:23-cr-00017-SLG-KFR

for Sale roster. The State of California requires any handgun commercially sold in California to meet the standards of a "Safe Handgun," defined in Penal Code Section 31910. Handguns that have been tested and meet these requirements are approved for commercial sale and are added to the roster. Due to the testing and other requirements necessary for a handgun to be deemed a "Safe Handgun," many popular handguns are not yet approved and are considered "off roster". The safe roster is limited and there is a large market for off roster handguns which are more difficult to obtain. TFO Franzen will testify to California Penal Code 27545 which requires the use of a Federal Firearms License (FFL) holder during a private party transfer of firearms in California. TFO Franzen will testify to why certain states, including Alaska, are considered as source states of firearms into the California. TFO Franzen will testify to State of California laws that prohibit certain individuals from purchasing or possessing firearms in the State of California.

TFO Franzen will testify to the common methods that firearms are trafficked in California, including but not limited to, social media postings, straw purchases, shipping from other states, and driving to other states to obtain firearms. TFO Franzen will testify that Alaska is considered a source state for firearms to California primarily due to Alaska not having the same restrictions on: "assault weapons," handguns not on a state roster, registry of firearms, and the requirements for two unlicensed parties to privately transfer a firearm. TFO Franzen will testify to how California regulations on handguns, magazine capacity, private party transfers, assault weapons, and privately manufactured firearms (PMF's) create a market for the unlawful trafficking of these items from other west coast

states with less regulations, such as Alaska, Nevada, and Arizona.

In accordance with Fed. R. Crim. P 16(a)(1)(G)(v), I approve this disclosure:

RYAN FRANZEN
Task Force Officer
Bureau of Alcohol, Tobacco, Firearms, and Explosives

*Notice of Request for Reciprocal Discovery*

Under Rule 16(b)(1)(C), the United States requests a written statement of any testimony that Defendant intends to use under Rules 702, 703, and/or 705 of the Federal Rules of Evidence as evidence at trial. This statement must include a complete statement of all opinions that the defendant will elicit from the witness in the defendant's case-in-chief; the bases and reasons for them; the witness's qualifications, including a list of all publications authored in the previous 10 years; and a list of all other cases in which, during the previous 4 years, the witness has testified as an expert at trial or by deposition. The United States also asks for prior statements of all witnesses (except Defendant) under Rule 26.2.

RESPECTFULLY SUBMITTED August 19, 2024 at Anchorage, Alaska.

S. LANE TUCKER
United States Attorney

/s Jennifer Ivers
JENNIFER IVERS
Assistant United States Attorney

## CERTIFICATE OF SERVICE

I hereby certify that on August 19, 2024 a true and correct copy of the foregoing was served electronically on all attorneys of record.

/s Jennifer Ivers
Office of the U.S. Attorney

U.S. v. Smith
3:23-cr-00017-SLG-KFR